JOHN C. CRUDEN
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

JOHN S. MOST
Trial Attorney, Natural Resources Section
Washington, D.C. 20044
Tel: (202) 616-3353
Email: john.most@usdoj.gov

*Counsel for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILDEARTH GUARDIANS <br><br> and <br><br> PHYSICIANS FOR SOCIAL RESPONSIBILITY, <br><br> *Plaintiffs*, <br><br> v. <br><br> S.M.R. JEWELL *et al.* <br><br> *Federal Defendants,* <br><br> and <br><br> WESTERN ENERGY ALLIANCE, PETROLEUM ASSOCIATION OF WYOMING, AMERICAN PETROLEUM INSTITUTE, <br><br> *Intervenor-Defendants* | CASE NO. 1:16-cv-1724-RC <br> The Honorable Rudolph Contreras |

**JOINT PROPOSED CASE MANAGEMENT PLAN**

Counsel for Plaintiffs and Federal Defendants have conferred and agree that this Administrative Procedure Act case -- asserting violations of the National Environmental Policy Act in regard to several federal oil and gas leasing decisions in three western states -- is presumptively exempt from requirements of Local Civil Rule 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure.  As such, Federal Defendants are entitled to review on the administrative records ("ARs") they will furnish, *see* 5 U.S.C. § 706, unless a party demonstrates that the ARs are incomplete or that extra-record evidence is necessary for reasons recognized in this Circuit.

Counsel for Plaintiffs and Federal Defendants have also discussed and wish to advise the Court of three additional considerations affecting case management: (1) Plaintiffs' intent to supplement the complaint to add a claim challenging a recent oil and gas leasing decision by Federal Defendant the Bureau of Land Management in Wyoming; (2) Federal Defendants' consent to same; and (3) Plaintiffs' and Federal Defendants' collective recognition that this is a large case involving, after supplementation, eleven separate leasing decisions and more than 400 leased parcels, and that the matter could potentially be streamlined by fully litigating the claims on a state-by-state basis, beginning with the Wyoming leasing decisions and continuing with either the Colorado or Utah leasing decisions.[1]  The benefit of litigating claims sequentially by state is that rulings on jurisdictional questions or the merits as to the Wyoming leasing decisions may guide the parties' future course, including potential settlement negotiations, with respect to the remaining claims.

---

[1] BLM held five oil and gas lease sales in Wyoming between May 2015 and August 2016. Pursuant to these sales, BLM sold and issued 282 oil and gas leases encompassing 302,827.2 acres of federal minerals, according to Plaintiffs' computation.

Based on these considerations, Plaintiffs will promptly file a supplemental complaint, with Federal Defendants' consent and consistent with Fed. R. Civ. P. 15(a)(2). Further, Plaintiffs have agreed, subject to the Court's approval, that Federal Defendants may have until December 19, 2016, to respond to the supplemental complaint. Federal Defendants agree that, on or before said date, they will file an answer rather than a rule 12 motion and will refrain from asserting any arguments as to Plaintiffs' Article III standing or other jurisdictional deficiencies until summary judgment ("SJ") briefing.

Accordingly, the Plaintiffs and Federal Defendants now jointly propose, and request the Court's approval of, the following schedule for claims concerning the Wyoming leasing decisions:

| | |
|---|---|
| Federal Defendants' Answer | December 19, 2016 |
| Intervenors' Answers | December 22, 2016 [2] |
| Federal Defendants to Serve (on the parties only) the AR for the Wyoming leasing decisions | March 31, 2017 |
| Deadline for Any Motions to Complete or Supplement the AR | May 5, 2017 |

If no motions to complete or supplement the AR are filed, Plaintiffs and Federal Defendants propose the following schedule for lodging and serving of the administrative record and for summary judgment motions related to claims for the Wyoming lease sales:

---

[2] On this date, the Court granted intervenor status to the Western Energy Alliance, the Petroleum Association of Wyoming, and the American Petroleum Institute. ECF No. 19. Undersigned counsel for Federal Defendants advises that he has conferred with counsel for these intervenors, as well as with counsel for the State of Wyoming, which intends to seek intervention shortly, and is authorized to state herein that they all consent to this proposed schedule.

| | |
|---|---|
| Federal Defendants to Serve and Lodge the AR for the Wyoming leasing decisions | May 15, 2017 |
| Plaintiffs' Opening Motion for SJ | June 12, 2017 |
| Federal Defendants' and Intervenors' Cross-Motions for SJ | July 14, 2017 |
| Plaintiffs' Opposition and Reply Brief | August 4, 2017 |
| Federal Defendants' and Intervenors' Reply briefs | August 25, 2017 |

If motions to complete or supplement the AR are in fact filed, Plaintiffs and Federal Defendants propose that a stay of the schedule set out immediately above become effective and remain in effect until the Court resolves any such motions. Thereafter, the following schedule would apply, with deadlines computed from Court resolution of any motions to complete or supplement the AR:

| | |
|---|---|
| Federal Defendants to Serve and Lodge the AR for the Wyoming leasing decisions | Within fourteen days |
| Plaintiffs' Opening Motion for SJ | Add 28 days |
| Federal Defendants' and Intervenors' Cross-Motions for SJ | Add 28 days |
| Plaintiffs' Opposition and Reply Brief | Add 21 days |
| Federal Defendants' and Intervenors' Reply briefs | Add 21 days |

Within 14 days from a ruling on cross-motions for summary judgment for the Wyoming leasing decisions, the parties will confer and submit a joint proposal for the conduct of further proceedings. A proposed order accompanies this filing.

Respectfully submitted this 23rd day of November, 2016.

>JOHN C. CRUDEN
>Assistant Attorney General
>United States Department of Justice
>Environment and Natural Resources Div.
>
> */s/ John S. Most*
>JOHN S. MOST, Trial Attorney
>Natural Resources Section
>Virginia Bar No. 27176
>P.O. Box 7611
>Washington, D.C. 20044
>Tel: (202) 616-3353
>John.Most@usdoj.gov
>
>*Counsel for Federal Defendants*
>
> */S/ Samantha Ruscavage-Barz by John S. Most, with permission*
>Bar No. CO0053
>WildEarth Guardians
>516 Alto Street
>Santa Fe, NM 87501
>(505) 401-4180
>sruscavagebarz@wildearthguardians.org
>
>Kyle Tisdel
>CO Bar No. 42098
>Western Environmental Law Center
>208 Paseo del Pueblo Sur, Ste. 602
>Taos, NM 87571
>(575) 613-8050
>tisdel@westernlaw.org
>(admitted *Pro Hac Vice*)
>
>*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 23, 2016, a copy of the foregoing was served by electronic means on all counsel of record by the Court's CM/ECF system.

                              /s/ *John S. Most*
                              JOHN S. MOST