IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, and <br> PHYSICIANS FOR SOCIAL RESPONSIBILITY <br><br> Plaintiffs, <br><br> v. <br><br> SALLY JEWELL, NEIL KORNZE, and <br> U.S. BUREAU OF LAND MANAGEMENT <br><br> Defendants, <br><br> WESTERN ENERGY ALLIANCE, <br> PETROLEUM ASSOCIATION OF WYOMING, <br> and AMERICAN PETROLEUM INSTITUTE, <br><br> Defendant-Intervenors. | Case No. 1:16-cv-01724-RC |

**PLAINTIFFS' NOTICE OF UNOPPOSED FILING OF SUPPLEMENTED COMPLAINT**

Pursuant to Fed.R.Civ.P. 15(a)(2), Plaintiffs respectfully submit this notice to the Court that Plaintiffs have consulted Defendants and that Defendants have consented to Plaintiffs filing of the attached Supplemented Complaint (Exh. 1). *See* Dkt. 20 at 2 (proposed case management plan providing written consent).

On August 25, 2016, Plaintiffs filed a Complaint challenging Federal Defendants' authorization of 397 oil and gas leases through 10 lease sales across Wyoming, Colorado, and New Mexico. Dkt. 1. Plaintiffs are filing the Supplemented Complaint to add 76 new federal leases approved through a U.S. Bureau of Land Management lease sale held on August 2, 2016, in Wyoming. BLM issued these leases on September 15, 2016, therefore this recent leasing decision did not become ripe until after Plaintiffs filed their original Complaint.

Respectfully submitted on the 21st day of November 2016,

| | |
|---|---|
| /s/ Samantha Ruscavage-Barz | /s/ Kyle Tisdel |
| Bar No. CO0053 | CO Bar No. 42098 |
| WildEarth Guardians | Western Environmental Law Center |
| 516 Alto Street | 208 Paseo del Pueblo Sur, Ste. 602 |
| Santa Fe, NM 87501 | Taos, NM 87571 |
| (505) 401-4180 | (575) 613-8050 |
| sruscavagebarz@wildearthguardians.org | tisdel@westernlaw.org |
| | (*Pro Hac Vice application pending*) |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2016 I electronically filed the foregoing NOTICE with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Samantha Ruscavage-Barz
Attorney for Plaintiffs