UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS <br><br> and <br><br> PHYSICIANS FOR SOCIAL RESPONSIBILITY, <br><br> *Plaintiffs,* <br><br> v. <br><br> S.M.R. JEWELL *et al.* <br><br> *Federal Defendants,* <br><br> and <br><br> WESTERN ENERGY ALLIANCE, PETROLEUM ASSOCIATION OF WYOMING, AMERICAN PETROLEUM INSTITUTE, <br><br> *Intervenor-Defendants* | CASE NO. 1:16-cv-1724-RC <br> The Honorable Rudolph Contreras |

[~~PROPOSED~~] ORDER

The Court, having considered the Joint Proposed Case Management Plan, filed November 23, 2016, by Plaintiffs and Federal Defendants (with the consent of Intervenors), HEREBY ORDERS that:

1. The parties' Joint Proposed Case Management Plan is ADOPTED;

2. The case shall proceed with claims concerning the Wyoming leasing decisions to be briefed and decided first, based on the following schedule:

| | |
|---|---|
| Federal Defendants' Answer | December 19, 2016 |
| Intervenors' Answers | December 22, 2016 |
| Federal Defendants to Serve (on the parties only) the Administrative Record ("AR") for the Wyoming leasing decisions | March 31, 2017 |
| Deadline for Any Motions to Complete or Supplement the AR | May 5, 2017 |

If no motions to complete or supplement the AR are filed, the following schedule for summary judgment motions related to claims for the Wyoming lease sales shall apply:

| | |
|---|---|
| Federal Defendants to Serve and Lodge the AR for the Wyoming leasing decisions | May 15, 2017 |
| Plaintiffs' Opening Motion for SJ | June 12, 2017 |
| Federal Defendants' and Intervenors' Cross-Motions for SJ | July 14, 2017 |
| Plaintiffs' Opposition and Reply Brief | August 4, 2017 |
| Federal Defendants' and Intervenors' Reply briefs | August 25, 2017 |

If motions to complete or supplement the AR are in fact filed, a stay of the schedule for briefing summary judgment motions set out above will become effective and remain in effect until the Court resolves any such motions. Thereafter, the following schedule will apply, with deadlines computed from Court resolution of any motions to complete or supplement the AR:

| | |
|---|---|
| Federal Defendants to Serve and Lodge the AR for the Wyoming leasing decisions | Within fourteen days |
| Plaintiffs' Opening Motion for SJ | Add 28 days |
| Federal Defendants' and Intervenors' Cross-Motions for SJ | Add 28 days |
| Plaintiffs' Opposition and Reply Brief | Add 21 days |
| Federal Defendants' and Intervenors' Reply briefs | Add 21 days |

3. Within 14 days from a ruling on the enumerated motions for summary judgment, the parties will confer and submit a joint proposal for the conduct of further proceedings.

SO ORDERED this 28th day of November, 2016.

_____
Hon. Rudolph Contreras
U.S. District Judge