# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.*, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No.: 16-1724 (RC) |
| v. : | |
| : | Re Document Nos.: 55, 60, 61, 62, 63, 71 |
| ZINKE, *et al.*, : | |
| : | |
| Defendants, : | |
| : | |
| WESTERN ENERGY ALLIANCE, *et al.* : | |
| : | |
| Defendant-Intervenors : | |

## ORDER

### GRANTING IN PART PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; DENYING DEFENDANTS' CROSS-MOTIONS FOR SUMMARY JUDGMENT; DENYING MOTION FOR LEAVE TO FILE AMICUS BRIEF

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that:

1. Plaintiffs' Motion for Summary Judgment (ECF No. 55) is **GRANTED IN PART.**

2. Defendants' Motions for Summary Judgment (ECF Nos. 60–63) are **DENIED**.

3. The New York University School of Law's Institute for Policy Integrity's Motion for Leave to File an Amicus Curiae Brief (ECF No. 71) is **DENIED**.

It is **FURTHER ORDERED** that the nine EAs and FONSIs associated with the Wyoming Lease Sales challenged in Plaintiffs' complaint are **REMANDED** to BLM so that BLM may satisfy its NEPA obligations in the manner described in the Court's Memorandum Opinion.  Until BLM supplements those documents, it is **ENJOINED** from issuing APDs or otherwise authorizing new oil and gas drilling on the Wyoming Leases.

**SO ORDERED**.

Dated:  March 19, 2019                                                    RUDOLPH CONTRERAS
                                                                                         United States District Judge