IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:16-cv-01724-RC |
| DAVID BERNHARDT, *et al.*, | ) ) ) |
| Defendants, | ) ) |
| WESTERN ENERGY ALLIANCE, *et al.* | ) ) ) |
| Defendant-Intervenors. | ) ) |

## [PROPOSED] ORDER

The Court, having considered the parties' Joint Status Report, filed April 10, 2019,

HEREBY ORDERS that:

1. The parties' Status Report is ADOPTED;

2. The case shall proceed based on the following schedule:

   | | |
   |---|---|
   | May 10, 2019 | Completion of Federal Defendants' internal assessment of Utah and Colorado EAs |
   | May 10, 2019 | Federal Defendants advise the Parties in writing as to whether they will move for voluntary remand |
   | May 24, 2019 | Deadline for any motion for voluntary remand |
   | June 7, 2019 | Deadline for all responses to motion for voluntary remand |
   | June 14, 2019 | Deadline for any replies to motion for voluntary remand |

3. In the event that Federal Defendants decide not to move for voluntary remand of the Colorado and Utah lease sales, the Parties will confer and submit to the Court by May

24, 2019, another status report informing the Court of Federal Defendants' decision and providing a proposal for how this case should proceed.

SO ORDERED this 10th day of April, 2019.

_____
Hon. Rudolph Contreras
U.S. District Judge