**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| WILDEARTH GUARDIANS, *et al*.  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>RYAN ZINKE, in his official capacity as  )<br>Secretary of the Interior, *et al*.  )<br>)<br>Federal Defendants,  )<br>)<br>and  )<br>)<br>WESTERN ENERGY ALLIANCE, *et al*.  )<br>)<br>Intervenor Defendants.  )<br>) | Case No. 1:16-cv-1724-RC<br>The Honorable Rudolph Contreras |

**FEDERAL DEFENDANTS' NOTICE OF COMPLIANCE
WITH THE COURT'S MARCH 19, 2019 ORDER**

Federal Defendants hereby notify the Court and the other parties to this proceeding that the U.S. Bureau of Land Management ("BLM") has completed a supplemental environmental assessment to address the issues identified in the Court's Memorandum Opinion dated March 19, 2019.  ECF No. 99.  Copies of the environmental assessment and an unsigned finding of no significant impact are attached hereto as exhibits 1 and 2.  In addition, BLM is posting these documents on its website at https://bit.ly/2D9ZYQo today, April 12, 2019.  This posting initiates a ten-day public-comment period, which will end on April 22, 2019.

Respectfully submitted this 12th day of April, 2019.

> JEAN E. WILLIAMS
> Deputy Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Div.
>
>  */s/ John S. Most*
> JOHN S. MOST, Trial Attorney
> Natural Resources Section
> Virginia Bar No. 27176
> P.O. Box 7611
> Washington, D.C. 20044
> Tel: (202) 616-3353
> Email: john.most@usdoj.gov
>
> *Counsel for Federal Defendants*

**Of Counsel**

Danielle DiMauro
Office of the Solicitor,
Rocky Mountain Region,
U.S. Department of the Interior
Denver, Colorado

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2019, a copy of the foregoing notice was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                      /s/ *John S. Most*
                                      JOHN S. MOST