IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-01724-RC |
| | ) |
| DAVID BERNHARDT, *et al.* | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION BY THE STATE OF COLORADO TO WITHDRAW AS INTERVENOR DEFENDANT**

The State of Colorado, under Fed. R. Civ. P. 7(b), respectfully moves the Court to withdraw as an Intervenor Defendant in this case. Counsel discussed this motion with all parties, as required by LCvR 7(m). No party opposes this motion.

This voluntary withdrawal is appropriate because there is no direct claim made against Colorado and because Colorado's withdrawal will not materially prejudice the rights of the other parties. Colorado requests that all parties bear their own costs.

Dated this 17th day of April, 2019.

        Respectfully submitted,

        PHIL WEISER
        Colorado Attorney General

        /s/Eric R. Olson
        Eric R. Olson
        Solicitor General
        Office of the Attorney General
        1300 Broadway, 10th Floor
        Denver, CO 80203
        (720) 508-6548
        eric.olson@coag.gov

        Counsel for Intervenor Defendant State of Colorado