**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVID L. BERNHARDT, in his official ) <br> capacity as Secretary of the Interior, *et al.* ) <br> ) <br> Federal Defendants, ) <br> ) <br> and ) <br> ) <br> WESTERN ENERGY ALLIANCE, *et al.* ) <br> ) <br> Intervenor Defendants. ) <br> ) | Case No. 1:16-cv-1724-RC <br> The Honorable Rudolph Contreras |

**FEDERAL DEFENDANTS' SECOND NOTICE
OF COMPLIANCE WITH THE COURT'S
MARCH 19, 2019 ORDER**

On April 12, 2019, Federal Defendants notified the Court and parties (*see* ECF No. 102) that the U.S. Bureau of Land Management ("BLM") had completed and published on its website a supplemental environmental assessment ("EA") pursuant to the National Environmental Policy Act to address the issues identified in the Court's Memorandum Opinion dated March 19, 2019. ECF No. 99.  Federal Defendants attached copies of the EA and an unsigned finding of no significant impact ("FONSI").  As indicated in the April 12 notice, the web posting initiated a ten-day public-comment period.

Now Federal Defendants report that, since April 12, 2019, BLM has received over 100 pages in substantive comments from five entities, including from parties in this case.  BLM subsequently prepared written responses to those comments.  In addition, BLM has now finalized the supplemental EA, including making some changes as a direct result of comments received.  Attached hereto as Exhibits 1, 2, and 3 are PDF copies of the final supplemental EA, a signed supplemental FONSI, and a BLM decision record (which includes BLM's responses to public comments).  The decision record affirms, based on the analysis of the final supplemental EA and FONSI, the nine Wyoming leasing decisions challenged in phase one of this case.

Respectfully submitted this 7th day of May, 2019.

                JEAN E. WILLIAMS
                Deputy Assistant Attorney General
                United States Department of Justice
                Environment and Natural Resources Div.

                 */s/ John S. Most*
                JOHN S. MOST, Trial Attorney
                Natural Resources Section
                Virginia Bar No. 27176
                P.O. Box 7611
                Washington, D.C. 20044
                Tel: (202) 616-3353

Email: <u>john.most@usdoj.gov</u>

*Counsel for Federal Defendants*

**<u>Of Counsel</u>**

Danielle DiMauro
Office of the Solicitor,
Rocky Mountain Region,
U.S. Department of the Interior
Denver, Colorado

### CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2019, a copy of the foregoing notice was served by electronic means on all counsel of record by the Court's CM/ECF system.

/s/ *John S. Most*
JOHN S. MOST