# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS; and PHYSICIANS FOR SOCIAL RESPONSIBILITY,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>DAVID L. BERNHARDT, Secretary, U.S. Department of the Interior; CASEY HAMMOND, Acting Director, U.S. Bureau of Land Management; and U.S. BUREAU OF LAND MANAGEMENT,<br><br>　　　　　　　　Defendants,<br><br>and<br><br>WESTERN ENERGY ALLIANCE; PETROLEUM ASSOCIATION OF WYOMING; AMERICAN PETROLEUM INSTITUTE; STATE OF WYOMING; STATE OF COLORADO; and STATE OF UTAH,<br><br>　　　　　　　　Intervenor-Defendants. | No. 1:16-cv-01724-RC |

**INTERVENOR-DEFENDANT AMERICAN PETROLEUM INSTITUTE'S OPPOSITION TO MOTION FOR RECONSIDERATION OF REMAND ORDER**

Stacy Linden
Ben Norris
AMERICAN PETROLEUM INSTITUTE
1220 L St., N.W.
Washington, D.C. 20005
Phone: (202) 682-8000
Fax: (202) 682-8033
norrisb@api.org

Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
srosenbaum@cov.com

*Counsel for Intervenor-Defendant American Petroleum Institute*

Defendant-Intervenor American Petroleum Institute ("API") opposes the Plaintiffs' June 4, 2019 Motion to Amend (Dkt. No. 108) the Court's May 29, 2019 minute order granting the Federal Defendants' motion for voluntary remand of the challenged Utah and Colorado oil and gas leasing decisions.  *See* May 29 Order.  As detailed in the Federal Defendants' June 12, 2019 Opposition to the Motion to Amend (Dkt. No. 110), Plaintiffs' Motion is procedurally improper and fails to carry Plaintiffs' considerable burden to demonstrate a "clear error" or "manifest injustice" requiring amendment or reconsideration of the Court's May 29 Order.  *See id*. at 2–3.  Accordingly, API hereby incorporates the Federal Defendants' Opposition by reference, and respectfully requests that, for the reasons stated therein, the Court deny Plaintiffs' Motion.

Respectfully submitted,

Stacy Linden
Ben Norris
AMERICAN PETROLEUM INSTITUTE
1220 L St., N.W.
Washington, D.C. 20005
Phone:  (202) 682-8000
Fax:  (202) 682-8033
norrisb@api.org

*/s/  Steven J. Rosenbaum*
Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone:  (202) 662-6000
Fax:  (202) 662-6291
srosenbaum@cov.com

*Counsel for Intervenor-Defendant American Petroleum Institute*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 12th day of June, 2019, I caused a true and correct copy of the foregoing to be filed with the Court electronically via the CM/ECF system, which will serve the foregoing by electronic means on all counsel of record in this case.

                                         */s/ Steven J. Rosenbaum*
                                         Steven J. Rosenbaum
                                         COVINGTON & BURLING, LLP
                                         One CityCenter
                                         850 Tenth St., N.W.
                                         Washington, D.C. 20001
                                         Phone: (202) 662-6000
                                         Fax: (202) 662-6291
                                         srosenbaum@cov.com