# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No.: 16-1724 (RC) |
| v. : | |
| : | Re Document Nos.: 108, 109 |
| DAVID BERNHARDT,[1] *et al.*, : | |
| Federal Defendants, : | |
| : | |
| WESTERN ENERGY ALLIANCE, *et al.*, : | |
| : | |
| Defendant-Intervenors : | |

## ORDER

### DENYING PLAINTIFFS' MOTION TO AMEND JUDGMENT; DENYING PLAINTIFFS' MOTION TO ENFORCE REMAND ORDER

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiffs' motion to amend judgment (ECF No. 108) is **DENIED**, and Plaintiff's motion to enforce (ECF No. 109) is **DENIED**. It is hereby:

**ORDERED** that Plaintiffs are granted leave to supplement their complaint under Federal Rule of Civil Procedure 15, to the extent that they wish to raise new claims regarding the adequacy of the Bureau of Land Management's new NEPA analysis regarding oil and gas drilling on the Wyoming leases.

**SO ORDERED**.

Dated: July 19, 2019                                                                RUDOLPH CONTRERAS
                                                                                              United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes David Bernhardt.