IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:16-cv-01724-RC |
| | ) |
| DAVID L. BERNHARDT, *et al.*, | ) |
| | ) |
| Federal Defendants, | ) |
| | ) |
| WESTERN ENERGY ALLIANCE, *et al.*, | ) |
| | ) |
| Defendant-Intervenors. | ) |

## [PROPOSED] ORDER

The Court, having considered the parties' Joint Status Report, filed September 9, 2019, HEREBY ORDERS that:

1. The parties' Status Report is ADOPTED;

2. The case shall proceed based on the following schedule:

    September 27, 2019   Plaintiffs' Amended Complaint

    October 14, 2019   Defendants' and Intervenors' Responses to the Amended Complaint

    October 18, 2019   Federal Defendants to serve the administrative record (AR) on the parties

    October 28, 2019   Deadline for any motion to complete or supplement the AR

3. Because this is a record-review case in which the Court does not make findings of fact and because no response is required to legal conclusions or characterizations of documents, statutes, regulations, or other legal authorities, Federal Defendants and Intervenors need not

respond to the paragraphs of the forthcoming amended complaint that precede Plaintiffs' legal counts (i.e., their claims for relief). Federal Defendants and Intervenors instead need only respond to the claims for relief and, in addition, shall assert any affirmative defenses or relief to which they claim entitlement.

4. If any motions to complete or supplement the AR are filed, it will have the effect of staying the schedule for briefing summary judgment motions set forth below until the Court resolves such motions. Federal Defendants shall have until November 18 to respond to any motions to complete or supplement the AR.

5. If no motions to complete or supplement the AR are filed, summary judgment motions related to claims for the new Wyoming leasing decision shall proceed on the following schedule:

| | |
|---|---|
| November 1, 2019 | Federal Defendants to serve and lodge the AR |
| November 26, 2019 | Plaintiffs' Opening Motion for Summary Judgment |
| January 10, 2020 | Federal Defendants' and Intervenors' Cross-Motions for Summary Judgment |
| January 24, 2020 | Plaintiffs' Opposition and Reply Brief |
| February 7, 2020 | Federal Defendants' and Intervenors' Reply Briefs |

6. Within 14 days from a ruling on cross-motions for summary judgment for the new Wyoming leasing decision, the parties will confer and submit a joint proposal for the conduct of further proceedings related to Federal Defendants' new decisions on the Colorado and Utah lease sales.

SO ORDERED this _____ day of _____, 2019.

_____
Hon. Rudolph Contreras
U.S. District Judge