IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, and <br> PHYSICIANS FOR SOCIAL RESPONSIBILITY <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, <br> WILLIAM PERRY PENDLEY,[1] and <br> U.S. BUREAU OF LAND MANAGEMENT <br><br> Defendants, <br><br> WESTERN ENERGY ALLIANCE, <br> PETROLEUM ASSOCIATION OF WYOMING, <br> AMERICAN PETROLEUM INSTITUTE, <br> STATE OF WYOMING, and STATE OF UTAH, <br><br> Defendant-Intervenors. | Case No. 1:16-cv-01724-RC |

**PLAINTIFFS' NOTICE OF FILING AMENDED AND SUPPLEMENTED COMPLAINT**

Plaintiffs respectfully submit this notice to the Court that Plaintiffs are timely filing their amended and supplemented complaint in this case pursuant to Federal Rule of Civil Procedure 15(a)(2), this Court's July 19, 2019 Order granting leave to amend, ECF No. 120, and this Court's September 9, 2019 Minute Order setting a briefing schedule.

This lawsuit originally challenged Federal Defendants' approval of 473 oil and gas leases through 11 oil and gas lease sales encompassing 463,553 acres of public lands across three western states—Colorado, Utah, Wyoming—without properly analyzing the ensuing direct, indirect, and cumulative climate impacts. ECF No. 22. To streamline litigation of this matter, the parties agreed to brief the case on a state-by-state basis, beginning with Wyoming. ECF No. 20

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Plaintiffs substitute William Perry Pendley.

(proposed briefing schedule); ECF No. 24 (order adopting state-by-state briefing). After Plaintiffs' claims regarding the Wyoming leases were fully briefed, the Court issued an order holding that Federal Defendants failed to take a hard look at the impacts of greenhouse gas emissions resulting from the challenged leases and remanded the Wyoming leasing authorizations to BLM to address the identified deficiencies. ECF No. 99. On July 19, 2019 this Court granted Plaintiffs leave to supplement their complaint "to the extent that they wish to raise new claims regarding the adequacy of the Bureau of Land Management's new NEPA analysis regarding oil and gas drilling on the Wyoming leases." ECF No. 120. The Court's September 9, 2019 Minute Order directed Plaintiffs to file a supplemented complaint by September 27, 2019.

Respectfully submitted on this 27th day of September 2019,

| | |
|---|---|
| /s/ Samantha Ruscavage-Barz | /s/ Kyle Tisdel |
| Bar No. CO0053 | CO Bar No. 42098 |
| WildEarth Guardians | Western Environmental Law Center |
| 301 N. Guadalupe Street, Ste. 201 | 208 Paseo del Pueblo Sur, Ste. 602 |
| Santa Fe, NM 87501 | Taos, NM 87571 |
| (505) 401-4180 | (575) 613-8050 |
| sruscavagebarz@wildearthguardians.org | tisdel@westernlaw.org |
| | (admitted *Pro Hac Vice*) |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2019, I electronically filed the foregoing NOTICE with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Samantha Ruscavage-Barz
Attorney for Plaintiffs