# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

WILDEARTH GUARDIANS, *et al.*,        )
                                      )
      Plaintiffs,                 )
                                      )
    v.                              )        Case No. 1:16-cv-01724-RC
                                      )        The Honorable Rudolph Contreras
DAVID BERNHARDT, *et al.*,            )
                                      )
      Defendants,                 )
                                      )
WESTERN ENERGY ALLIANCE, *et al.*,    )
                                      )
      Defendant-Intervenors.      )

## NOTICE OF ENTRY OF APPEARANCE OF ATTORNEY FOR PLAINTIFFS

Notice is hereby given to this Court and all parties of record that I, Shiloh S. Hernandez, have been authorized to practice *pro hac vice* in this court for the above captioned case, and appear as counsel of record for the Plaintiffs in this matter.

Respectfully submitted this 9th day of October, 2019,

s/ Shiloh S. Hernandez
Shiloh S. Hernandez (MT Bar # 9970)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hernandez@westernlaw.org

/s/ Samantha Ruscavage-Barz
Samantha Ruscavage-Barz
Bar No. CO0053
WildEarth Guardians
301 N. Guadalupe Street, Suite 201
Santa Fe, NM 87501
(505) 401-4180
sruscavagebarz@wildearthguardians.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2019 I electronically filed the foregoing NOTICE with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Shiloh S. Hernandez
Attorney for Plaintiffs