## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, and )<br>PHYSICIANS FOR SOCIAL RESPONSIBILITY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAVID BERNHARDT, )<br>WILLIAM PERRY PENDLEY, and )<br>U.S. BUREAU OF LAND MANAGEMENT )<br>)<br>Defendants, )<br>)<br>WESTERN ENERGY ALLIANCE, )<br>PETROLEUM ASSOCIATION OF WYOMING, )<br>AMERICAN PETROLEUM INSTITUTE, )<br>STATE OF WYOMING, and )<br>STATE OF UTAH, )<br>)<br>Defendant-Intervenors. ) | Case No. 1:16-cv-01724-RC<br>The Honorable Rudolph Contreras |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment After Remand, any opposition, any reply thereto, any oral argument, and the entire administrative record, it is

HEREBY ORDERED that Plaintiff's Motion for Summary Judgement is GRANTED;

IT IS FURTHER ORDERED that Federal Defendants' actions in approving the 393 challenged oil and gas leases are vacated; and

IT IS FURTHER ORDERED that Federal Defendants shall take all necessary steps to unwind any drilling permits or other development approvals on the vacated leases.

SO ORDERED.

Dated this ____ day of _____, 20___.

_____
HONORABLE RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE