**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILDEARTH GUARDIANS; and PHYSICIANS FOR SOCIAL RESPONSIBILITY,<br><br>          Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT; WILLIAM PERRY PENDLEY; and U.S. BUREAU OF LAND MANAGEMENT,<br><br>          Defendants,<br><br>WESTERN ENERGY ALLIANCE; PETROLEUM ASSOCIATION OF WYOMING; AMERICAN PETROLEUM INSTITUTE; STATE OF WYOMING; STATE OF UTAH,<br><br>          Intervenor-Defendants. | No. 1:16-cv-01724-RC |

**INTERVENOR-DEFENDANT AMERICAN PETROLEUM INSTITUTE'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Civil Rule 7(h)(2), Intervenor-Defendant American Petroleum Institute hereby moves this Court for an order entering summary judgment against Plaintiffs and denying Plaintiffs' claims for relief.

In support of this motion, the American Petroleum Institute's memorandum pursuant to Local Civil Rule 7(a) and a proposed Order are attached hereto.

                                                    Respectfully submitted,

                                                    */s/ Steven J. Rosenbaum*
                                                    Steven J. Rosenbaum
                                                    Bradley K. Ervin
                                                    COVINGTON & BURLING, LLP
                                                    One CityCenter

March 9, 2020

850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
Fax: (202) 662-6291
srosenbaum@cov.com

Paul G. Afonso
Ben Norris
AMERICAN PETROLEUM INSTITUTE
1220 L St., N.W.
Washington, D.C. 20005
Phone: (202) 682-8000
Fax: (202) 682-8033
norrisb@api.org

*Counsel for Intervenor-Defendant American Petroleum Institute*