## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID L. BERNHARDT, in his official capacity as Secretary of the Interior, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> WESTERN ENERGY ALLIANCE, *et al.*, <br><br> Intervenor Defendants. | Case No. 1:16-cv-1724-RC <br> The Honorable Rudolph Contreras |

## **NOTICE OF APPEARANCE**

Please enter on the docket the appearance of Michael S. Sawyer as counsel for Federal Defendants David Bernhardt, in his official capacity as Secretary of the United States Department of the Interior, et al.

Electronic service should be delivered to michael.sawyer@usdoj.gov, as previously registered in the Electronic Case Filing system. Service of any papers and correspondence should be addressed to the undersigned counsel as follows:

U.S. Mail (including USPS Priority Mail Services):

    Michael Sawyer
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    P.O. Box 7611
    Washington, D.C. 20044-7611

Express Mail Services or Hand Delivery:

    4 Constitution Square
    150 M St. NE
    Suite 3.116
    Washington, D.C. 20002

DATE: July 24, 2020                        Respectfully submitted,

                                                JEAN E. WILLIAMS
                                                Deputy Assistant Attorney General
                                                Environment and Natural Resources Division


                                                 */s/ Michael S. Sawyer*
                                                MICHELLE-ANN WILLIAMS
                                                Trial Attorney, Natural Resources Section
                                                MICHAEL S. SAWYER
                                                Trial Attorney, Natural Resources Section
                                                United States Department of Justice
                                                Environment & Natural Resources Division
                                                P.O. Box 7611
                                                Washington, D.C. 20044-7611
                                                Telephone: 202-305-0420 (Williams)
                                                Telephone: 202-514-5273 (Sawyer)
                                                E-mail: Michelle-Ann.Williams@usdoj.gov
                                                E-mail: Michael.Sawyer@usdoj.gov

                                                *Counsel for Federal Defendants*