UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAVID L. BERNHARDT, in his official )<br>capacity as Secretary of the Interior, *et al.* )<br>)<br>Federal Defendants, )<br>)<br>and )<br>)<br>WESTERN ENERGY ALLIANCE, *et al.* )<br>)<br>Intervenor Defendants. )<br>)<br>) | Case No. 1:16-cv-1724-RC<br>The Honorable Rudolph Contreras |

**FEDERAL DEFENDANTS' NOTICE OF COMPLETION OF NEPA
ANALYSIS AND RELATED DECISION MAKING FOR THE
CHALLENGED UTAH LEASING DECISIONS**

On May 24, 2019, Federal Defendants moved for voluntary remand of certain Colorado and Utah leasing decisions made by the Bureau of Land Management ("BLM") in 2015 and 2016 and challenged in this case. ECF No. 107. On May 29, 2019, in a text-only minute order, the Court granted the motion, stating that the

> Environmental Assessments [("EAs")], Findings of No Significant Impact [("FONSIs")], and Determinations of National Environmental Policy Act ("NEPA") Adequacy . . . for the Colorado and Utah oil and gas leasing decisions challenged in this case are hereby remanded to [BLM], without vacatur, for supplementation consistent with [ECF No. 99,] the Court's March 19, 2019 Memorandum Opinion.

Since then, BLM's Utah and Colorado State Offices each undertook NEPA analysis for the leases falling under their purview, published draft supplemental EAs consistent with the Court's directive, published unsigned draft FONSIs, and received public comment. BLM's Colorado State Office completed its effort on remand and signed a FONSI and a new decision record in December 2019.  ECF No. 140.  BLM's Utah State Office last week completed its own effort on remand, including responding to public comment. On September 16, 2020, BLM Utah posted to its website a new decision record, a final Supplemental EA with five appendices, and a signed FONSI, at the following address:

> https://eplanning.blm.gov/eplanning-ui/project/123438/510 (last checked Sept. 16, 2020).

The decision record affirms, based on the analysis of the final supplemental EA and FONSI, the two Utah leasing decisions challenged in this case.

Respectfully submitted this 21st day of September, 2020.

> JEAN E. WILLIAMS
> Deputy Assistant Attorney General
> United States Department of Justice
> Environment and Natural Resources Div.
>
> /s/ *Michael S. Sawyer*
> MICHELLE-ANN C. WILLIAMS
> MICHAEL S. SAWYER
> Trial Attorneys, Natural Resources Section
> United States Department of Justice
> Environment & Natural Resources Division
> P.O. Box 7611
> Washington, D.C. 20044-7611
> Telephone: 202-305-0420 (Williams)
> Telephone: 202-514-5273 (Sawyer)
> E-mail: Michelle-Ann.Williams@usdoj.gov
> E-mail: Michael.Sawyer@usdoj.gov
>
> *Counsel for Federal Defendants*