# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| WILDEARTH GUARDIANS, *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 16-1724 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 143, 147, 148, |
| | : | | 150, 152 |
| BERNHARDT, *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |
| | : | | |
| WESTERN ENERGY ALLIANCE, *et al.*, | : | | |
| | : | | |
| Defendant-Intervenors. | : | | |

## ORDER

### GRANTING IN PART PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT; DENYING DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that Plaintiffs' motion for summary judgment (ECF No. 143) is **GRANTED IN PART** and Defendants' motions for summary judgment (ECF Nos. 147, 148, 150, 152) are **DENIED**.

It is **FURTHER ORDERED** that the Supplemental EA and FONSI associated with the Wyoming Lease Sales are **REMANDED** to BLM so that BLM may satisfy its NEPA obligations in the manner described in the Court's Memorandum Opinion.  Until BLM supplements those documents, it is **ENJOINED** from issuing APDs or otherwise authorizing new oil and gas drilling on the Wyoming Leases.

**SO ORDERED**.

Dated: November 13, 2020                                    RUDOLPH CONTRERAS
                                                                                              United States District Judge