# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID L. BERNHARDT, in his official capacity as Secretary of the Interior, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> WESTERN ENERGY ALLIANCE, *et al.*, <br><br> Intervenor Defendants. | Case No. 1:16-cv-1724-RC <br> The Honorable Rudolph Contreras |

## FEDERAL DEFENDANTS' NOTICE OF APPEAL

Federal Defendants hereby provide notice of their appeal to the United States Court of Appeals for the District of Columbia Circuit from the Court's order of November 13, 2020, *see* ECF No. 172.

Respectfully submitted this 11th day of January, 2021.

                                          PAUL SALAMANCA
                                          Deputy Assistant Attorney General
                                          United States Department of Justice
                                          Environment & Natural Resources Division
                                          /s/ *Michelle-Ann C. Williams*
                                          MICHELLE-ANN C. WILLIAMS
                                          Natural Resources Section
                                          P.O. Box 7611, Washington, D.C. 20044
                                          202-305-0420 || 202-305-0506 (fax) michelle-ann.williams@usdoj.gov

                                          *Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 11, 2021, a copy of the foregoing notice was served by electronic means on all counsel of record by the Court's CM/ECF system.

                                      */s/Michelle-Ann C. Williams*
                                   MICHELLE-ANN C. WILLIAMS