IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the Interior, *et al.*,<br><br>    Defendants,<br>and<br><br>AMERICAN PETROLEUM INSTITUTE, *et al.*,<br><br>    Intervenor-Defendants. | No. 1:16-cv-01724-RC |

## AMERICAN PETROLEUM INSTITUTE'S NOTICE OF APPEAL

Intervenor-Defendant American Petroleum Institute ("API") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from, without limitation, the Court's November 13, 2020 Order on the parties' cross-motions for summary judgment (Dkt. No. 172).

Respectfully submitted,

/s/ Steven J. Rosenbaum

| | |
|---|---|
| Paul G. Afonso<br>Ben Norris<br>AMERICAN PETROLEUM INSTITUTE<br>200 Massachusetts, Ave., N.W.<br>Suite 1100<br>Washington, D.C. 20001<br>Phone: (202) 682-8000<br>Fax: (202) 682-8033<br>norrisb@api.org | Steven J. Rosenbaum<br>Bradley K. Ervin<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth St. N.W.<br>Washington, D.C. 20001<br>Tel: (202) 662-5568<br>Fax: (202) 778-5568<br>srosenbaum@cov.com<br>bervin@cov.com |
| January 22, 2021 | *Attorneys for Intervenor-Defendant American Petroleum Institute* |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2021, I caused a true and correct copy of the foregoing Notice of Appeal to the United States Court of Appeals for the District of Columbia Circuit to be filed with the Court electronically and served by the Court's CM/ECF System on all counsel of record in this case.

                                                                       */s/  Steven J. Rosenbaum*
                                                                       Steven J. Rosenbaum