IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, and PHYSICIANS FOR SOCIAL RESPONSIBILITY,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>Defendants, and<br><br>WESTERN ENERGY ALLIANCE, *et al.*,<br><br>Defendant-Intervenors. | Case No. 1:16-cv-01724-RC<br>The Honorable Rudolph Contreras |

# [PROPOSED] ORDER

The Court, having considered Plaintiffs' Unopposed Motion for Leave to File Supplemented Complaint for Declaratory and Injunctive Relief, filed January 26, 2021, HEREBY ORDERS that:

1. Plaintiffs' motion for leave to file a supplemented complaint is GRANTED;

2. Federal Defendants and Intervenors shall have 60 days from the filing of Plaintiffs' supplemented complaint to file responsive pleadings or motions with respect to the Utah and Colorado lease sales;

3. Because this is a record-review case in which the Court does not make findings of fact and because no response is required to legal conclusions or characterizations of documents, statutes, regulations, or other legal authorities, Federal Defendants and Intervenors need not respond to the paragraphs of the forthcoming supplemented complaint that precede Plaintiffs' legal counts (i.e., their claims for relief). Federal Defendants and Intervenors instead need only

respond to the claims for relief and, in addition, shall assert any affirmative defenses or relief to which they claim entitlement.

Dated this ____ day of January, 2021.

_____

Honorable Rudolph Contreras
United States District Court Judge