IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND,[1] *et al.*, <br><br> Defendants, <br><br> and <br><br> AMERICAN PETROLEUM INSTITUTE, *et al.*, <br><br> Intervenor-Defendants. | No. 1:16-cv-01724-RC |

### INTERVENOR-DEFENDANT AMERICAN PETROLEUM INSTITUTE'S MOTION TO DISMISS

Intervenor-Defendant American Petroleum Institute ("API") respectfully moves the Court for an order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing for failure to comply with the applicable statute of limitations, Plaintiffs WildEarth Guardians' and Physicians for Social Responsibility's (collectively, "Plaintiffs") First and Second Claims for Relief with respect to the leasing decisions for the challenged oil and gas lease sales approved and conducted by the Federal Defendants.

API further moves the Court for such other and further relief that this Court may deem just and proper.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary of the Interior Debra Haaland has been automatically substituted for former Secretary David L. Bernhardt.

In support of this motion, API submits (1) its memorandum pursuant to Local Civil Rule 7(a); (b) supporting Appendix A, and (c) a Proposed Order.

          Respectfully submitted,

          */s/ Steven J. Rosenbaum*
          Steven J. Rosenbaum
           D.C. Bar No. 331728
          Bradley K. Ervin
           D.C. Bar No. 982559
          COVINGTON & BURLING, LLP
          One CityCenter
          850 Tenth St., N.W.
          Washington, D.C. 20001
          Phone:  (202) 662-6000
          Fax:  (202) 662-6291
          srosenbaum@cov.com

August 2, 2021

          *Attorneys for the American Petroleum Institute*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of August, 2021, I caused a true and correct copy of the foregoing, and all accompanying attachments, to be filed with the Court electronically and served by the Court's CM/ECF System upon all counsel of record.

*/s/ Steven J. Rosenbaum*
Steven J. Rosenbaum
