# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, )<br>PHYSICIANS FOR SOCIAL RESPONSIBILITY )<br>      )<br>      Plaintiffs, )<br>      )<br>   v.    )<br>      )<br>DEBRA HAALAND, *et al.*, )<br>      )<br>      Federal Defendants, )<br>      )<br>   and    )<br>      )<br>AMERICAN PETROLEUM INSTITUTE, *et al.*, )<br>      )<br>      Defendant-Intervenors. )<br>      ) | Case No. 1:16-cv-1724-RC<br>The Honorable Rudolph Contreras |

## [PROPOSED] ORDER

Upon the Motion for Voluntary Dismissal filed by Plaintiffs WildEarth Guardians and Physicians for Social Responsibility, the Court having considered the submissions of the parties, it is hereby **ORDERED** that the motion is **GRANTED**. It is **FURTHER ORDERED** that this case is dismissed with prejudice, with the Court maintaining jurisdiction solely to hear any motions for attorney fees and costs that Plaintiffs have or may timely file in accordance with the Equal Access to Justice Act.

Dated this _____ day of _____, 2022.

_____
Honorable Rudolph Contreras
United States District Judge