# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| WILDEARTH GUARDIANS, *et. al*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 16-1724 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 200, 201, 227, 232 |
| | : | | |
| DEBRA HAALAND, Secretary of the U.S. Department of the Interior, *et. al*, | : | | |
| | : | | |
| Defendants, | : | | |
| | : | | |
| and | : | | |
| | : | | |
| AMERICAN PETROLEUM INSTITUTE, *et. al*, | : | | |
| | : | | |
| Intervenor-Defendants. | : | | |

## ORDER

### DISMISSING CASE

Upon consideration of Plaintiff's Motion for Voluntary Dismissal (ECF No. 227) and for the reasons stated in this Court's contemporaneously issued Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED** and this action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). It is **FURTHER ORDERED** that all other pending motions (ECF Nos. 200, 201, and 232) are **DENIED AS MOOT**.

**SO ORDERED**.

Dated: June 1, 2022

RUDOLPH CONTRERAS
United States District Judge