IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br>PHYSICIANS FOR SOCIAL RESPONSIBILITY<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>Federal Defendants. | Case No. 1:16-cv-1724-RC<br>The Honorable Rudolph Contreras |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of June 1, 2022, Plaintiffs and Federal Defendants jointly submit the following status report updating the Court and proposing a schedule to govern briefing on Plaintiffs' Motion for Interim Litigation Costs and Reasonable Attorneys' Fees ("Motion for Interim Fees"), ECF No. 199.

**Background**

On July 9, 2021, Plaintiffs filed their Motion for Interim Fees, ECF No. 199, and a contemporaneous Unopposed Motion to Stay Briefing on Plaintiffs' Motion for Interim Litigation Costs and Reasonable Attorney Fees, ECF No. 198. Through the Motion for Interim Fees, Plaintiffs sought recovery of their interim litigation costs and attorneys' fees through the Court's two merits decisions in this case related to the Wyoming leases. ECF Nos. 99, 173. Briefing on the Motion for Interim Fees was stayed by the Court. Minute Order (July 12, 2021).

Plaintiffs and Federal Defendants have now finalized a settlement agreement, whereby BLM has agreed to "conduct additional [National Environmental Policy Act] analysis for the two

leasing decisions challenged in Plaintiffs' Supplemental Complaint, consistent with the Court's prior decisions in" this case. ECF No. 227-1. Pursuant to the terms of that settlement agreement, Plaintiffs have voluntarily dismissed all claims in this matter. ECF Nos. 227, 238.

## Scheduling Proposal for Fee Briefing

In light of the additional proceedings and successful negotiated resolution of this matter, Plaintiffs intend to seek additional fees and costs post-dating those covered by the Motion for Interim Fees, which was filed more than 11 months ago. To avoid unnecessary and duplicative briefing and to promote judicial economy, Plaintiffs and Federal Defendants propose that Plaintiffs shall file a Supplemented Motion for Fees superseding the Motion for Interim Fees within 30 days of final judgment. 28 U.S.C. § 2412(d)(1)(B).

While Plaintiffs and Federal Defendants intend to begin negotiations expeditiously to resolve the issue of attorneys' costs and fees in the interim, if fee negotiations are progressing but not yet resolved at the time Plaintiffs file their Supplemented Motion for Fees, Plaintiffs and Federal Defendants would also file a contemporaneous joint motion to stay briefing for up to 90 days additional time to determine if the amount of Plaintiffs' fees and costs can be resolved without involving the Court. If at any point it becomes apparent to the parties that no agreement will be forthcoming, the parties will submit a proposed briefing schedule for Plaintiffs' Supplemented Motion for Fees.

Accordingly, the parties request that the Court maintain the current stay on fee briefing, Minute Order (July 12, 2021), until Plaintiffs file their Supplemented Motion for Fees pursuant to the schedule described above.

Respectfully submitted on this 15th day of June 2022.

| | |
|---|---|
| /s/ Daniel L. Timmons<br>Daniel Timmons<br>WildEarth Guardians<br>301 N. Guadalupe Street, Suite 201<br>Santa Fe, NM 87501<br>Tel.: 505-570-7014<br>E-mail: dtimmons@wildearthguardians.org<br><br>Kyle Tisdel<br>Western Environmental Law Center<br>208 Paseo Del Pueblo Sur, No. 602<br>Taos, NM 87571<br>Tel.: (575) 613-4197<br>E-mail: tisdel@westernlaw.org<br><br>Samantha Ruscavage-Barz<br>301 N. Guadalupe St. Suite 201<br>Santa Fe, NM 87501<br>Tel.: (505) 401-4180<br>Fax: (505) 213-1895<br>E-mail: sruscavagebarz@wildearthguardians.org<br><br>*Attorneys for Plaintiffs* | TODD KIM<br>Assistant Attorney General<br>Environment & Natural Resources Division<br><br>By */s/ Michael S. Sawyer*<br>MICHAEL S. SAWYER<br>Senior Attorney, Natural Resources Section<br>United States Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel.: 202-514-5273 (Sawyer)<br>E-mail: michael.sawyer@usdoj.gov<br><br>*Attorneys for Federal Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

                                                        */s/ Daniel L. Timmons*
                                                        Daniel L. Timmons